IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **DAVID VAN ELZEN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**KALAMATA RESEARCH SERVICES, LLC,** a Florida limited liability company, and **GLOBAL MARKETING RESEARCH SERVICES, INC.,** a Florida corporation,<br><br>*Defendants* | Case No. 2:20-cv-00072-WCG |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV.P.41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiff David Van Elzen ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this lawsuit against Defendant Kalamata Research Services, LLC ("Kalamata") and Defendant Global Marketing Research Services, LLC ("GMRS") without prejudice. In this case, Defendants have neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has yet been certified in this matter. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully Submitted,

Dated: February 27, 2020      By:   /s/ *Stefan Coleman*

                                          Stefan Coleman
                                          law@stefancoleman.com
                                          LAW OFFICES OF STEFAN COLEMAN, P.A.
                                          201 S. Biscayne Blvd, 28th Floor

Miami, FL 33131  
Telephone: (877) 333-9427  
Facsimile: (888) 498-8946

## CERTIFICATE OF SERVICE

    I, Stefan Coleman, an attorney, certify that on February 27, 2020, I served the above and foregoing ***Notice of Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this day February 27, 2020.

                                         /s/ Stefan Coleman